**IN THE SUPREME COURT OF PENNSYLVANIA**


IN RE:  REESTABLISHMENT OF THE   **:**   NO. 477
MAGISTERIAL DISTRICTS WITHIN THE   **:**
22nd JUDICIAL DISTRICT OF THE   **:**   MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA   **:**


## **ORDER**


**PER CURIAM**

     **AND NOW**, this 16th day of May 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 22nd Judicial District (Wayne County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Wayne County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:


| | |
|---|---|
| Magisterial District 22-3-01<br>Magisterial District Judge Bonnie L. Carney | Dreher Township<br>Hawley Borough<br>Lake Township<br>Lehigh Township<br>Palmyra Township<br>Paupack Township<br>Salem Township<br>Sterling Township |
| Magisterial District 22-3-02<br>Magisterial District Judge Kay L. Bates | Canaan Township<br>Cherry Ridge Township<br>Honesdale Borough<br>Prompton Borough<br>South Canaan Township<br>Texas Township<br>Waymart Borough |

Magisterial District 22-3-04
Magisterial District Judge Jonathan J. Dunsinger

Berlin Township
Bethany Borough
Buckingham Township
Clinton Township
Damascus Township
Dyberry Township
Lebanon Township
Manchester Township
Mount Pleasant Township
Oregon Township
Preston Township
Scott Township
Starrucca Borough